

~~SEALED BY ORDER OF COURT~~

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | | | | |
|---|---|---|---|---|
| **CASE NAME:** USA v. Anthony Scott Levandowski | **CASE NUMBER:** CR 19 00377 LHK SVK | | | |
| **Is This Case Under Seal?** | Yes ✓ | No | | |
| **Total Number of Defendants:** | 1 ✓ | 2-7 | 8 or more | |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ | | |
| **Venue (Per Crim. L.R. 18-1):** | SF | OAK | SJ ✓ | |
| **Is this a potential high-cost case?** | Yes | No ✓ | | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ | | |
| **Is this a RICO Act gang case?** | Yes | No ✓ | | |

**Assigned AUSA (Lead Attorney):** Katherine L. Wawrzyniak          **Date Submitted:** 08/15/2019

**Comments:**

Government will be filing a notice of related case to Waymo v. Uber, et al., 17-cv-939 WHA.

RESET FORM          SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)