DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE L. WAWRZYNIAK (CABN 252751)
ANDREW F. DAWSON (CABN 264421)
AMIE D. ROONEY (CABN 215324)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    katherine.wawrzyniak@usdoj.gov
    andrew.dawson@usdoj.gov
    amie.rooney@usdoj.gov

Attorneys for United States of America

FILED
AUG 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19 00377 LHK SVK |
| Plaintiff, | MOTION TO SEAL |
| v. | [UNDER SEAL] |
| ANTHONY SCOTT LEVANDOWSKI, | |
| Defendant. | |

    The United States hereby moves the Court for an order sealing this Motion, the Indictment, the Sealing Order, and all other related documents in the above-captioned case until further order of the Court. The reason for this request is that the defendant, Anthony Scott Levandowski, has not yet been arrested. If the Indictment is publicly available he may flee or take other steps to thwart law enforcement. Additionally, the requested sealing is reasonably necessary to protect against the potential destruction of evidence.

    The United States also requests that, notwithstanding any sealing order, the Clerk of Court be required to give copies of the sealed documents to employees of the United States Attorney's Office,

and that they be permitted to provide working copies to Special Agents and other investigative officers of the Federal Bureau of Investigation, federally deputized state and local law enforcement officers, other government and contract personnel acting under the supervision of such investigative or law enforcement officers, and others as necessary to effectuate the Court's Order.

Dated: August 15, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*Katherine L Wawrzyniak*
KATHERINE L. WAWRZYNIAK
ANDREW F. DAWSON
AMIE D. ROONEY
Assistant United States Attorneys