DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE L. WAWRZYNIAK (CABN 252751)
ANDREW F. DAWSON (CABN 264421)
AMIE D. ROONEY (CABN 215324)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    katherine.wawrzyniak@usdoj.gov
    andrew.dawson@usdoj.gov
    amie.rooney@usdoj.gov

Attorneys for United States of America

FILED
AUG 2 6 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY SCOTT LEVANDOWSKI, <br><br> Defendant. | CASE NO. CR 19-377 LHK <br><br> MOTION FOR LEAVE TO UNSEAL INDICTMENT AND [PROPOSED] ORDER |

On August 15, 2019, the Court sealed the Indictment and related documents in this matter until further order of the Court. At the time, sealing was necessary to guard against flight of the defendant and protect against the potential destruction of evidence.

Since August 15, 2019, the government has secured defendant's U.S. and French passports and communicated with defense counsel regarding bail conditions. It is anticipated that defendant will self-surrender to federal custody on the morning of Tuesday, August 27, 2019. His initial appearance has been set for 1:30 p.m. the same date.

//

The U.S. Attorney's Office believes there is no longer any reason that the matter should remain under seal, and therefore moves for leave to unseal the Indictment and related documents. To avoid complicating the self-surrender process, the government requests that the Court specially direct the Clerk of Court to file the Indictment on ECF no earlier than 9:00 a.m. on August 27, 2019.

Dated: August 26, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Katherine L. Wawrzyniak*
KATHERINE L. WAWRZYNIAK
ANDREW F. DAWSON
AMIE D. ROONEY
Assistant United States Attorneys

### [PROPOSED] ORDER

The government's Motion for Leave to Unseal the Indictment is GRANTED. Case No. CR 19-377 LHK is hereby unsealed. The Clerk of Court is directed to file the Indictment on ECF no earlier than 9:00 a.m. on August 27, 2019. The United States may provide copies of the Indictment to defense counsel and others upon receipt of the signed Order.

IT IS SO ORDERED.

Dated: 8/26/2019

HON. NATHANAEL M. COUSINS
United States Magistrate Judge

cc: AUSA

MTN. TO UNSEAL AND [PROP.] ORDER
CR 19-377 LHK
2