DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    Fax: (415) 436-7234
    Andrew.Dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-00377 LHK |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| ANTHONY SCOTT LEVANDOWSKI, | |
| Defendant. | |

Please take notice that Assistant United States Attorney Andrew F. Dawson is appearing on behalf of the United States in the above-captioned case. Please include AUSA Dawson in all future correspondence, pleadings, and notices.

Dated: August 28, 2019                    Respectfully Submitted,

                                        DAVID L. ANDERSON
                                        United States Attorney

                                        /s/
                                        _____
                                        ANDREW F. DAWSON
                                        Assistant United States Attorney