```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611144422
Cashier ID: sprinka
Transaction Date: 09/03/2019
Payer Name: anthony levandowski
--------------------------------------
TREASURY REGISTRY
  For: anthony levandowski
  Case/Party: D-CAN-5-19-CR-000377-001
  Amount:          $300,000.00
--------------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 0005202497
  Amt Tendered:    $300,000.00
--------------------------------------
Total Due:         $300,000.00
Total Tendered:    $300,000.00
Change Amt:        $0.00

lhk


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```