```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611144770
Cashier ID: sprinka
Transaction Date: 09/18/2019
Payer Name: ANTHONY LEVANDOWSKI
------------------------------------
COMMERCIAL REGISTRY OTHER
 For: ANTHONY LEVANDOWSKI
 Case/Party: D-CAN-5-19-CR-000377-001
 Amount:         $0.00
------------------------------------
NON-CASH COLLATERAL
 Amt Tendered:   $0.00
------------------------------------
Total Due:       $0.00
Total Tendered:  $0.00
Change Amt:      $0.00

LHK SHORT FORM DEED OF TRUST DOC
2019-0154968-00 CONTRA COSTA
RECORDER


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```