```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611144775
Cashier ID: almaceh
Transaction Date: 09/19/2019
Payer Name: stephen levandowski

COMMERCIAL REGISTRY OTHER
 For: anthony levandowski
 Case/Party: D-CAN-5-19-CR-000377-001
 Amount:         $0.00

NON-CASH COLLATERAL
 Amt Tendered:   $0.00

Total Due:       $0.00
Total Tendered:  $0.00
Change Amt:      $0.00

deed of trust

obligation, reconveyance
WHA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```