DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE L. WAWRZYNIAK (CABN 252751)
ANDREW F. DAWSON (CABN 264421)
AMIE D. ROONEY (CABN 215324)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    katherine.wawrzyniak@usdoj.gov
    andrew.dawson@usdoj.gov
    amie.rooney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-377 WHA |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM SEPTEMBER 24, 2019 TO OCTOBER 29, 2019 AND [PROPOSED] ORDER |
| v. | |
| ANTHONY SCOTT LEVANDOWSKI, | |
| Defendant. | |

**STIPULATION**

The parties made their initial appearance before the Honorable William Alsup on September 24, 2019. Following entry of the Stipulated Interim Protective Order (ECF 28), the government made its first production of discovery. Additional productions will be forthcoming. At the parties' request, the Court set a further status conference for Tuesday, October 29, 2019, at 2:00 p.m. At that time, the parties will discuss with the Court the Proposed Scheduling Order for the case. The parties stipulated, and the Court ordered, that time between September 24, 2019 and October 29, 2019, be excluded for

STIP. AND [PROP.] ORD. CONT. & EXCL. TIME UNDER S.T.A
CR 19-377 WHA    1

1  effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

2  The parties further stipulate, and ask the Court to find, that the requested continuance and
3  exclusion of time are in the interests of justice and outweigh the best interest of the public and the
4  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

5  The undersigned Assistant United States Attorney certifies that she has obtained approval from
6  counsel for the defendant to file this stipulation and proposed order.

7  IT IS SO STIPULATED.

8  DATED:  September 27, 2019           _____/s/_____
                                        KATHERINE L. WAWRZYNIAK
9                                       ANDREW F. DAWSON
                                        AMIE D. ROONEY
10                                      Assistant United States Attorneys

11
    DATED: September 27, 2019           _____/s/_____
12                                      MILES EHRLICH
                                        RAMSEY & EHRLICH LLP
13                                      Counsel for Defendant Levandowski

14

15                              **[PROPOSED]** ORDER

16  Based upon the facts set forth in the stipulation of the parties and the representations made to the
17  Court on September 24, 2019, this matter is continued until October 29, 2019, at 2:00 p.m.  The time
18  between September 24, 2019, and October 29, 2019, is excluded from the running of the speedy trial
19  clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv).  Failure to grant the
20  continuance would deny the defendants' counsel the reasonable time necessary to prepare, taking into
21  account the exercise of due diligence.  The Court further finds that the ends of justice served by
22  excluding the time from September 24, 2019 to October 29, 2019 from computation under the Speedy
23  Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
24  3161(h)(7)(A).

25  IT IS SO ORDERED.

26

27  DATED:  __September 27, 2019__.     _____
                                        HONORABLE WILLIAM ALSUP
28                                      United States District Judge

STIP. AND [PROP.] ORD. CONT. & EXCL. TIME UNDER S.T.A
CR 19-377 WHA                                    2