MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Anthony Levandowski

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY LEVANDOWSKI,<br><br>    Defendant. | Case No.: CR 19-00377-WHA (NC)<br><br>**STIPULATION AND ORDER TO CONTINUE IDENTIFICATION OF COUNSEL HEARING** |

    The defendant Anthony Levandowski is currently scheduled to appear before this Court for an identification of counsel hearing on October 2, 2019, at 1:30 pm.

    Mr. Levandowski is still in the process of finalizing his agreement with Ramsey & Ehrlich LLP. The process is moving forward, but they anticipate that it will not be finished by October 2, 2019. They do anticipate that it will be complete by the end of the following week.

    The government and Mr. Levandowski have already appeared before Judge Alsup for their initial appearance, and are scheduled to return on October 29, 2019.

    Accordingly, the United States and Mr. Levandowski stipulate and move this court to continue the October 2, 2019, identification-of-counsel hearing before this Court two weeks to

1

Stipulation and Order

October 16, 2019, at 1:30 pm.  This should enable Mr. Levandowski and Ramsey & Ehrlich LLP to finalize the engagement agreement.

   IT IS SO STIPULATED.

Dated:  October 1, 2019          Respectfully Submitted,

                     RAMSEY & EHRLICH LLP

                     //s//

                     ISMAIL RAMSEY
                     ATTORNEY FOR ANTHONY
                     LEVANDOWSKI

                     DAVID ANDERSON
                     U.S. ATTORNEY

                     //s//

                     KATHERINE L. WAWRZYNIAK
                     ASSISTANT U.S. ATTORNEY

   GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated:  October 1, 2019

                     THE HONORABLE NATHANAEL COUSINS
                     UNITED STATES MAGISTRATE JUDGE

[GRANTED — Judge Nathanael M. Cousins, United States District Court, Northern District of California]

Stipulation and Order