1  MILES EHRLICH (Bar No. 237954)
   miles@ramsey-ehrlich.com
2  ISMAIL RAMSEY (Bar No. 189820)
   izzy@ramsey-ehrlich.com
3  RAMSEY & EHRLICH LLP
   803 Hearst Avenue
4  Berkeley, CA 94710
   (510) 548-3600 (Tel)
5  (510) 291-3060 (Fax)

6  Attorneys for Defendant Anthony Levandowski

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 19-00377-WHA (NC) |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER TO CONTINUE IDENTIFICATION OF COUNSEL HEARING** |
| ANTHONY LEVANDOWSKI, | ) |
| Defendant. | ) |

   The defendant Anthony Levandowski is currently scheduled to appear before this Court for an identification of counsel hearing on October 16, 2019, at 1:30 pm.

   Mr. Levandowski is still in the process of finalizing his agreement with Ramsey & Ehrlich LLP.  The process has continued to move forward, and the two have made great progress.  But despite previously anticipating that the agreement would be complete by October 16, they now believe that it will take one more week, and should anticipate that it should be complete by October 23.

   The government and Mr. Levandowski have already appeared before Judge Alsup for their initial appearance, and are scheduled to return on October 29, 2019.

1

Stipulation and [Proposed] Order

Accordingly, the United States and Mr. Levandowski stipulate and move this court to continue the October 16, 2019, identification-of-counsel hearing before this Court one week to October 23, 2019, at 1:30 pm.  This should enable Mr. Levandowski and Ramsey & Ehrlich LLP to finalize the engagement agreement.

IT IS SO STIPULATED.

Dated:  October 15, 2019

Respectfully Submitted,

RAMSEY & EHRLICH LLP

_____//s//_____

ISMAIL RAMSEY
ATTORNEY FOR ANTHONY LEVANDOWSKI

DAVID ANDERSON
U.S. ATTORNEY

_____//s//_____

AMIE ROONEY
ASSISTANT U.S. ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: October 16, 2019

_____
THE HONORABLE NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE



2