DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE L. WAWRZYNIAK (CABN 252751)
ANDREW F. DAWSON (CABN 264421)
AMIE D. ROONEY (CABN 215324)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    katherine.wawrzyniak@usdoj.gov
    andrew.dawson@usdoj.gov
    amie.rooney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-377 WHA |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM OCTOBER 29, 2019 TO NOVEMBER 13, 2019 AND [PROPOSED] ORDER |
| v. | |
| ANTHONY SCOTT LEVANDOWSKI, | |
| Defendant. | |

**STIPULATION**

The parties appeared for a status conference before the Honorable William Alsup on October 29, 2019, at which time the Court ordered that defendant file a motion for a bill of particulars by November 6, 2019 and that the parties file briefs on the law specifying trade secrets in a criminal case by November 11, 2019. The Court set a hearing for November 13, 2019 at 1:00 p.m. Discovery is ongoing. The parties stipulated, and the Court ordered, that time between October 29, 2019 and November 13, 2019, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

STIP. AND [PROP.] ORD. CONT. & EXCL. TIME UNDER S.T.A
CR 19-377 WHA                                 1

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  November 1, 2019       _____/s/_____
KATHERINE L. WAWRZYNIAK
ANDREW F. DAWSON
AMIE D. ROONEY
Assistant United States Attorneys

DATED: November 1, 2019       _____/s/_____
MILES EHRLICH
ISMAIL RAMSEY
AMY E. CRAIG
RAMSEY & EHRLICH LLP
Counsel for Defendant Levandowski

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on October 29, 2019, this matter is continued until November 13, 2019, at 1:00 p.m.  The time between October 29, 2019, and November 13, 2019, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv).  Failure to grant the continuance would deny the defendants' counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by excluding the time from October 29, 2019 to November 13, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: _____       _____
HONORABLE WILLIAM ALSUP
United States District Judge