1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   ANDREW F. DAWSON (CABN 264421)
5  AMIE D. ROONEY (CABN 215324)
   Assistant United States Attorneys
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
8      katherine.wawrzyniak@usdoj.gov
       andrew.dawson@usdoj.gov
9      amie.rooney@usdoj.gov

10 Attorneys for United States of America

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,          )  NO. CR 19-377 WHA
15                                    )
        Plaintiff,                    )  STIPULATION TO EXCLUDE TIME FROM
16                                    )  OCTOBER 29, 2019 TO NOVEMBER 13, 2019
     v.                               )  AND [PROPOSED] ORDER
17                                    )
   ANTHONY SCOTT LEVANDOWSKI,         )
18                                    )
        Defendant.                    )
19                                    )

20

21                              **STIPULATION**

22     The parties appeared for a status conference before the Honorable William Alsup on October 29,

23 2019, at which time the Court ordered that defendant file a motion for a bill of particulars by November

24 6, 2019 and that the parties file briefs on the law specifying trade secrets in a criminal case by November

25 11, 2019. The Court set a hearing for November 13, 2019 at 1:00 p.m. Discovery is ongoing. The

26 parties stipulated, and the Court ordered, that time between October 29, 2019 and November 13, 2019,

27 be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

28
   STIP. AND [PROP.] ORD. CONT. & EXCL. TIME UNDER S.T.A
   CR 19-377 WHA                      1

1  The parties further stipulate, and ask the Court to find, that the requested continuance and
2  exclusion of time are in the interests of justice and outweigh the best interest of the public and the
3  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

4  The undersigned Assistant United States Attorney certifies that she has obtained approval from
5  counsel for the defendant to file this stipulation and proposed order.

6  IT IS SO STIPULATED.

7  DATED:  November 1, 2019
          /s/
    KATHERINE L. WAWRZYNIAK
8      ANDREW F. DAWSON
    AMIE D. ROONEY
9      Assistant United States Attorneys

10

DATED: November 1, 2019
          /s/
11      MILES EHRLICH
    ISMAIL RAMSEY
12      AMY E. CRAIG
    RAMSEY & EHRLICH LLP
13      Counsel for Defendant Levandowski

14

15  **[PROPOSED] ORDER**

16  Based upon the facts set forth in the stipulation of the parties and the representations made to the
17  Court on October 29, 2019, this matter is continued until November 13, 2019, at 1:00 p.m.  The time
18  between October 29, 2019, and November 13, 2019, is excluded from the running of the speedy trial
19  clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv).  Failure to grant the
20  continuance would deny the defendants' counsel the reasonable time necessary to prepare, taking into
21  account the exercise of due diligence.  The Court further finds that the ends of justice served by
22  excluding the time from October 29, 2019 to November 13, 2019 from computation under the Speedy
23  Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
24  3161(h)(7)(A).

25  IT IS SO ORDERED.

26

27  DATED:  November 4, 2019.
          
28      HONORABLE WILLIAM ALSUP
    United States District Judge

STIP. AND [PROP.] ORD. CONT. & EXCL. TIME UNDER S.T.A
CR 19-377 WHA                                   2