IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ANTHONY SCOTT LEVANDOWSKI,

    Defendant.

No. C 19-00377 WHA

**ORDER RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

In this circuit, courts start with a "strong presumption in favor of access" when deciding whether to seal records. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citing *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). Parties seeking to seal judicial records relating to motions that are "more than tangentially related" to the merits bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure. *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016).

Defendant seeks to seal certain portions of his motion for a bill of particulars as well as two exhibits supporting the motion. The supporting declaration states that the information sought to be sealed are "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY." Such documents also contain trade secrets. Compelling reasons having been shown, defendant's request to seal the documents or portions thereof listed in the motion for a bill of particulars, and Exhibits B and C is **GRANTED**.

**IT IS SO ORDERED.**

Dated: November 14, 2019.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE