IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ANTHONY SCOTT LEVANDOWSKI,

    Defendant.

No. C 19-00377 WHA

**NOTICE RE DECEMBER 3 HEARING**

Counsel for both parties should be prepared to address *United States of America v. Stephen Marty Ward*, C 11-02123 (E.D.W.A.) (Judge Rosanna Peterson) at the hearing on December 3. Specifically, the parties should be prepared to explain the applicability of Judge Peterson's June 2012 Order (Dkt. No. 175) from that action regarding the sufficiency of a bill of particulars and the following language from the order:

> In order to meet its obligation in producing a bill of particulars, the Government must disclose those "instructions, descriptions, diagrams, and schedules," or any other sub-parts of the manual, specifically, either by page and paragraph numbers or by chapter or subchapter headings, that the Government intends to argue are trade secrets. If the Government is contending that the entire manual constitutes one trade secret, then the Government is on notice that the Court's present understanding of the law would compel instructing the jury that should any part of the manual be public, and therefore not a trade secret, then the manual as a whole cannot constitute a trade secret.

Dated: November 27, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE