DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE L. WAWRZYNIAK (CABN 252751)
ANDREW F. DAWSON (CABN 264421)
AMIE D. ROONEY (CABN 215324)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   katherine.wawrzyniak@usdoj.gov
   andrew.dawson@usdoj.gov
   amie.rooney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>   Defendant. | NO. CR 19-377 WHA<br><br>STIPULATION TO EXCLUDE TIME FROM DECEMBER 3, 2019 TO JANUARY 25, 2021 AND [PROPOSED] ORDER |

**STIPULATION**

The parties appeared for a hearing before the Honorable William Alsup on December 3, 2019. The Court heard oral argument on Defendant's Motion for a Bill of Particulars (ECF 52, 55, 63), and the parties discussed the status of discovery and the proposed scheduling order for the case. The Court adjusted several pretrial deadlines in the Proposed Scheduling Order and set trial in this matter for January 25, 2021. The parties agreed to return to court for an interim status conference on January 21, 2020, at 2:00 p.m.

1  In light of the volume of discovery and the complexity of the case, the parties stipulated, and the
2 Court ordered, that time between December 3, 2019 and January 25, 2021, be excluded for effective
3 preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

4  The parties further stipulate, and ask the Court to find, that the requested continuance and
5 exclusion of time are in the interests of justice and outweigh the best interest of the public and the
6 defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

7  The undersigned Assistant United States Attorney certifies that she has obtained approval from
8 counsel for the defendant to file this stipulation and proposed order.

9  IT IS SO STIPULATED.

10 DATED:  December 4, 2019                    /s/
KATHERINE L. WAWRZYNIAK
11                                              ANDREW F. DAWSON
                                             AMIE D. ROONEY
12                                             Assistant United States Attorneys

13
DATED: December 4, 2019                      /s/
14                                             MILES EHRLICH
                                             ISMAIL RAMSEY
15                                             AMY E. CRAIG
                                             RAMSEY & EHRLICH LLP
16                                             Counsel for Defendant Levandowski

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on December 3, 2019, this matter is continued until January 21, 2020, at 2:00 p.m. for an interim status conference. Trial is set for January 25, 2021 at 7:30 a.m. The time between December 3, 2019, and January 25, 2021, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that the ends of justice served by excluding the time from December 3, 2019, to January 25, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE WILLIAM ALSUP
United States District Judge