DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE L. WAWRZYNIAK (CABN 252751)
ANDREW F. DAWSON (CABN 264421)
AMIE D. ROONEY (CABN 215324)
Assistant United States Attorneys

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7200
     katherine.wawrzyniak@usdoj.gov
     andrew.dawson@usdoj.gov
     amie.rooney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 19-377 WHA |
| | ) |
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME FROM |
| | ) DECEMBER 3, 2019 TO JANUARY 25, 2021 AND |
| v. | ) [PROPOSED] ORDER |
| | ) |
| ANTHONY SCOTT LEVANDOWSKI, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**STIPULATION**

     The parties appeared for a hearing before the Honorable William Alsup on December 3, 2019.

The Court heard oral argument on Defendant's Motion for a Bill of Particulars (ECF 52, 55, 63), and the

parties discussed the status of discovery and the proposed scheduling order for the case.  The Court

adjusted several pretrial deadlines in the Proposed Scheduling Order and set trial in this matter for

January 25, 2021.  The parties agreed to return to court for an interim status conference on January 21,

2020, at 2:00 p.m.

1   In light of the volume of discovery and the complexity of the case, the parties stipulated, and the

2   Court ordered, that time between December 3, 2019 and January 25, 2021, be excluded for effective

3   preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

4   The parties further stipulate, and ask the Court to find, that the requested continuance and

5   exclusion of time are in the interests of justice and outweigh the best interest of the public and the

6   defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

7   The undersigned Assistant United States Attorney certifies that she has obtained approval from

8   counsel for the defendant to file this stipulation and proposed order.

9   IT IS SO STIPULATED.

10   DATED:  December 4, 2019

_____/s/_____
KATHERINE L. WAWRZYNIAK
ANDREW F. DAWSON
AMIE D. ROONEY
Assistant United States Attorneys

13   DATED: December 4, 2019

_____/s/_____
MILES EHRLICH
ISMAIL RAMSEY
AMY E. CRAIG
RAMSEY & EHRLICH LLP
Counsel for Defendant Levandowski

1

**[PROPOSED] ORDER**

2      Based upon the facts set forth in the stipulation of the parties and the representations made to the

3   Court on December 3, 2019, this matter is continued until January 21, 2020, at 2:00 p.m. for an interim

4   status conference.  Trial is set for January 25, 2021 at 7:30 a.m.  The time between December 3, 2019,

5   and January 25, 2021, is excluded from the running of the speedy trial clock for effective preparation of

6   counsel under 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court finds that the ends of justice served by

7   excluding the time from December 3, 2019, to January 25, 2021, from computation under the Speedy

8   Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

9   3161(h)(7)(A).

10      IT IS SO ORDERED.

11

12   DATED:  ___December 5, 2019.___                          _____

13                                                            HONORABLE WILLIAM ALSUP
                                                              United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROP.] ORD. CONT. & EXCL. TIME UNDER S.T.A
CR 19-377 WHA                    3