1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  AMIE D. ROONEY (CABN 215324)
   KATHERINE L. WAWRZYNIAK (CABN 252751)

5  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorneys

6

7          450 Golden Gate Avenue, Box 36055
           San Francisco, California 94102-3495
           Telephone: (415) 436-7200

8  FAX: (415) 436-7234
           Amie.Rooney@usdoj.gov

9          Katherine.Wawrzyniak@usdoj.gov
           Andrew.Dawson@usdoj.gov

10

11  Attorneys for United States of America

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,            )   NO. CR 19-377 WHA
                                          )
17        Plaintiff,                      )   STIPULATED MOTION TO SET
                                          )   CONSOLIDATED HEARING FOR CHANGE OF
18     v.                                 )   PLEA AND SENTENCING
                                          )
19  ANTHONY SCOTT LEVANDOWSKI,            )
                                          )
20        Defendant.                      )
                                          )
21  _____

22        The parties in this matter have reached an agreement to resolve this case.  An executed plea

23  agreement, attached hereto as Exhibit A, reflects the parties' agreement.  Pursuant to General Order 72,

24  the parties agree and hereby move that the guilty plea and sentencing should be consolidated for a date

25  after the presentence report has been prepared, and that this matter should be referred to the Probation

26  Office.  The parties further request that, in light of the enclosed plea agreement, the Court vacate any

27  //

28
    STIPULATED MOTION RE CHANGE OF PLEA        1
    CR 19-377 WHA

1   pending discovery or motion deadlines that would otherwise occur in the interim.

2
                                                            DAVID L. ANDERSON
3                                                           United States Attorney

4
5   Dated: March 19, 2020                          _____/s/ Amie D. Rooney_____
                                                            AMIE D. ROONEY
6                                                           KATHERINE L. WAWRZYNIAK
                                                            ANDREW F. DAWSON
7                                                           Assistant United States Attorneys

8

9   Dated: March 19, 2020                          _____/s/ Miles Ehrlich_____
                                                            MILES EHRLICH
10                                                          ISMAIL RAMSEY
                                                            Attorneys for Defendant
11

12
                                **[PROPOSED] ORDER**
13

14          The parties having stipulated and good cause appearing therefor, it is hereby ORDERED that this

15  matter be set for a consolidated change of plea and sentencing hearing on _____ at 2:00pm.  It

16  is further ORDERED that this matter be referred to the Probation Office for preparation of a presentence

17  report.  Any pending discovery or motion deadlines occurring in the interim are hereby VACATED.

18

19
    Dated:  March __ , 2020
20

21
                                                    _____
22                                                  HON. WILLIAM ALSUP
                                                    United States District Judge
23

24

25

26

27

28

STIPULATED MOTION RE CHANGE OF PLEA          2
CR 19-377 WHA