RAMSEY & EHRLICH LLP
MILES EHRLICH - #237954
miles@ramsey-ehrlich.com
ISMAIL RAMSEY - #189820
izzy@ramsey-ehrlich.com
AMY CRAIG - #269339
amy@ramsey-ehrlich.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant
ANTHONY LEVANDOWSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States,<br><br>      Plaintiff,<br><br>   v.<br><br>Anthony Levandowski,<br><br>      Defendant | Case No.: CR 19-00377-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE PAYMENT OF RESTITUTION BEFORE SENTENCING** |

     Defendant Anthony Levandowski and the United States, by and through their respective counsel, hereby stipulate and agree as follows:

     1.  In the Plea Agreement dated March 19, 2020, Mr. Levandowski agreed to pay full restitution in the amount of $756,499.22 for costs Waymo and/or Google incurred in the course of assisting the government's investigation.  Dkt. 77-1, ¶9.

     2.  In the Plea Agreement, Mr. Levandowski agreed to make this restitution payment

1

through the Office of the Clerk of the District Court by bank or cashier's check or money order payable to the "Clerk, United States District Court." *Id.*

3. Mr. Levandowski commenced a Chapter 11 Case in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") on March 5, 2020. Before that petition was filed, Mr. Levandowski deposited a sum of money with his counsel with directions to make the agreed-upon restitution payment when permitted to do so by this Court.

4. In addition to seeking this Court's permission for the Clerk's Office to accept Mr. Levandowski's restitution payment, as requested herein, Mr. Levandowski will also seek an order from the Bankruptcy Court confirming that counsel may now deliver the restitution funds on Mr. Levandowski's behalf to the Clerk of the District Court, pursuant to the terms of his Plea Agreement.

5. The parties therefore jointly request that this Court issue this Proposed Order authorizing the Clerk to accept Mr. Levandowski's restitution payment and to hold such funds in the Clerk's Registry, including interest earned thereon, pending further order of this Court.

Date: June 16, 2020                                   Respectfully submitted,

/s/
RAMSEY & EHRLICH LLP
Miles Ehrlich
Ismail Ramsey
Amy Craig

**Counsel for Anthony Levandowski**

Date:  June 16, 2020                                  DAVID L. ANDERSON
                                                      United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
ANDREW F. DAWSON
Assistant United States Attorneys

# [PROPOSED] ORDER

The Court, having considered the Stipulation Regarding Payment of Restitution Before Sentencing, which arises from the plea agreement entered in this case, the Stipulation having been executed by the United States and defendant's counsel, and good cause appearing, hereby ORDERS as follows:

1. The Stipulation is approved; and

2. The Clerk of Court for the Northern District of California shall accept a check from the defendant's attorney on behalf of the defendant in the amount of $756,499.22, made payable to "Clerk, United States District Court," and to hold such funds in the Clerk's Registry, including interest earned thereon, pending the further order of this Court.

IT IS SO ORDERED.

Dated: _____

HON. WILLIAM ALSUP
United States District Judge