DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE L. WAWRZYNIAK (CABN 252751)
ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    katherine.wawrzyniak@usdoj.gov
    andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-377 WHA |
| Plaintiff, | DECLARATION OF ASSISTANT UNITED STATES ATTORNEY KATHERINE L. WAWRZYNIAK IN SUPPORT OF UNITED STATES' SENTENCING MEMORANDUM |
| v. | |
| ANTHONY SCOTT LEVANDOWSKI, | |
| Defendant. | |

I, Katherine L. Wawrzyniak, declare as follows:

1. I am an Assistant United States Attorney for the Northern District of California assigned to the prosecution of the above-captioned case.

2. Attached hereto as Exhibit 1 is a true and correct copy of Waymo's Victim Impact Statement, dated July 26, 2020.

3. There was a hearing in this matter on December 3, 2019. During the sealed portion of the hearing, the Court reviewed a copy of the Chauffeur Weekly Update document, which is Count 33 of the Indictment.

4. On July 24, 2020, in connection with the government's response to defendant's

WAWRZYNIAK DECL. ISO SENTENCING MEMO.   1
CR 19-377 WHA

objections to the PSR, I provided the assigned U.S. Probation Officer and defense counsel with approximately twenty documents that support the factual information in paragraphs 13-18. These documents are designated "Confidential" or "Highly Confidential Attorneys' Eyes Only" under the operative protective order in this matter and will be lodged with the Court separately and under seal. (ECF 28.)

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

DATED: July 28, 2020

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

WAWRZYNIAK DECL. ISO SENTENCING MEMO.   2
CR 19-377 WHA