# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

O: 650.493.9300
F: 650.493.6811

July 26, 2020

Via E-Mail

Karen Mar
U.S. Probation Office
1301 Clay St., Suite 220 S
Oakland, CA  94612
Karen_Mar@canp.uscourts.gov

      Re:    *United States v. Levandowski*, No. 3:19-cr-00377-WHA
            Victim Impact Statement of Waymo LLC ("Waymo")

Dear Ms. Mar:

    I represent Waymo and submit this Victim Impact/Financial Statement on its behalf.

    Waymo supports the Plea Agreement in this matter.  In particular, the Plea Agreement reflects an adjusted offense level of 17 for which the presumptive period of incarceration is a range of 24 to 30 months.

    Waymo requests that Mr. Levandowski's sentence include a substantial period of incarceration within that range.  His misconduct was enormously disruptive and harmful to Waymo, constituted a betrayal, and the financial effects would likely have been even more severe had it gone undetected.  Mr. Levandowski has not returned or accounted for the material he admits taking from Waymo.

    The Plea Agreement specified a restitution payment to Waymo for investigative expenses in the amount of $756,499.22.  Waymo is seeking no further restitution, and no part of that amount was insured or otherwise reimbursed.

    The check for restitution should be made out to Waymo LLC and sent in care of David Tressler, Deputy General Counsel, Waymo LLC, 100 Mayfield Ave, Mountain View, CA 94043.

    Please let me know if further information from Waymo would be of assistance.

                                                 Very truly yours,

                                                 WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation

                                                 Leo P. Cunningham