# Exhibit D
# Filed Under Seal

# Exhibit E

# Filed Under Seal

# Exhibit F
# Filed Under Seal

# Exhibit G

# Filed Under Seal

# Exhibit H

# Filed Under Seal

# Exhibit I

# Filed Under Seal