1   RAMSEY & EHRLICH LLP
    MILES EHRLICH - #237954
2   miles@ramsey-ehrlich.com
    ISMAIL RAMSEY - #189820
3   izzy@ramsey-ehrlich.com
    AMY CRAIG - #269339
4   amy@ramsey-ehrlich.com
    803 Hearst Avenue
5   Berkeley, CA 94710
    (510) 548-3600 (Tel)
6   (510) 291-3060 (Fax)

7   Attorneys for Defendant
8   ANTHONY LEVANDOWSKI

**FILED**

Sep 14 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12
    United States,                          )   Case No.: CR 19-00377-WHA/NMC
13                                           )
                    Plaintiff,               )
14                                           )   **STIPULATION AND ORDER RE**
         v.                                  )   **MODIFICATION OF BOND AND**
15                                           )   **RELEASE OF PROPERTY FROM**
                                             )   **LIEN**
16  Anthony Levandowski,                     )
                                             )
17                  Defendant                )
                                             )
18                                           )
                                             )
19  _____     )

20       Defendant Anthony Levandowski and the United States, by and through their respective

21  counsel, hereby stipulate and agree as follows:

22       1.  As a condition of Mr. Levandowski's pretrial release, his father and stepmother,

23  Stephen Levandowski and Suzanna Musick, agreed to post their home at 1655 Oak Ave., St.

24  Helena, California as one of the securities to secure Mr. Levandowski's bond.  Dkt. 9.

25       2.  Mr. Levandowski was sentenced by the Hon. William Alsup on August 4, 2020. Dkt.

26  99.  The conditions of Mr. Levandowski's release bond remain in force pending his self-

27  surrender.

28
    STIPULATION AND ORDER
    CASE NO. CR 19-377-WHA

3.   Mr. Levandowski's father and stepmother now seek to make changes to the financing of their home, and therefore have asked to remove the lien on their property at 1655 Oak Ave., St. Helena, California.  The government has agreed to the removal of the property at 1655 Oak Ave., St. Helena, California as one of the securities in this matter. The parties therefore jointly request that the Court issue the attached Proposed Order modifying the bond, and specifically, authorizing the Clerk to execute a Full Reconveyance of the property at 1655 Oak Ave., St. Helena, California to Stephen Levandowski and Suzanna Musick, releasing that property as a security for Mr. Levandowski's bond, and to perform any other paperwork required to effectuate the release of the 1655 Oak Ave. property as a security.

4.   The parties stipulate and agree that except for the removal of this one piece of real property as security, the bond and conditions of release remain the same.

Date:    September 12, 2020                    Respectfully submitted,


/s/
RAMSEY & EHRLICH LLP
Miles Ehrlich
Ismail Ramsey
Amy Craig

***Counsel for Anthony Levandowski***


Date:  September 12, 2020                    DAVID L. ANDERSON
United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
ANDREW F. DAWSON
Assistant United States Attorneys

STIPULATION AND ORDER
CASE NO. CR 19-377-WHA

**ORDER**

The Court, having considered the Stipulation Regarding Release of the Property at 1655 Oak Ave., St. Helena, California as a security for Mr. Levandowski's bond, the Stipulation having been executed by the United States and defendant's counsel, and good cause appearing, hereby ORDERS as follows:

    1. The Stipulation is approved; and

    2. The Clerk of Court for the Northern District of California shall execute a Full Reconveyance releasing the property at 1655 Oak Ave., St. Helena, California as a security for Mr. Levandowski's bond, and perform any other paperwork required to effectuate the release of that property as a security.

    3. Except for the removal of this one piece of real property as security, the bond and conditions of release remain the same pending defendant's self-surrender.


    IT IS SO ORDERED.


 Dated:  September 14, 2020



_____
Hon. _____ Cousins
United _____
Judge Nathanael M. Cousins


 cc: Finance

STIPULATION AND ORDER
CASE NO. CR 19-377-WHA